# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00355-CV

**P. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-008234, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant P.B. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: August 25, 2021